**FILED**

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0092

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0092

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                                         O R D E R

MICHAEL DUNNE,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause was classified for submission on briefs to a five-justice panel of this Court on August 17, 2022.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Luke Berger, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022